**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

RAYMOND J. SMULSKY,       :    No. 16 EAP 2017

        Appellant            :

          v.               :

PA. BD. OF PRO. AND PAROLE,    :

        Appellee            :

## ORDER

**PER CURIAM**

    **AND NOW**, this 17th day of November, 2017, the Motion to Dismiss for Mootness is GRANTED.